IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHARLES AND NICOLE BALL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> THE BANK OF NEW YORK, AS TRUSTEE FOR CWALT, INC., et al., <br><br> Defendant. | Case No. 4:12-cv-00144 NKL <br> Judge Nanette K. Laughrey |
| MARY HILLEBERT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR CWABS INC., <br><br> Defendant. | Case No. 4:12-cv-00316 JTM <br> Judge John T. Maughmer |

| | |
|---|---|
| RUTH A. AND MICHAEL D. BATES, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) Case No. 4:12-cv-00318 SOW |
| Plaintiffs, | ) Judge Scott O. Wright ) |
| v. | ) ) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES, INC., | ) ) ) ) |
| Defendant. | ) ) |
| GLORIA AND EDWARD KIDD, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 4:12-cv-00322 HFS ) Judge Howard F. Sachs |
| v. | ) ) |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), plaintiffs Charles and Nicole Ball, ("Plaintiffs"), hereby move to consolidate the following related cases with this case: <u>Mary Hillebert v. The Bank of New York Mellon, as Trustee for CWABS, Inc.</u>, Case No. 4:12-cv-00316 JTM ("Hillebert"); <u>Ruth A. and Michael D. Bates v. Deutsche Bank National Trust</u>
2

_____., Case No. 4:12-cv-00318 SOW ("Bates"), and Gloria and Edward Kidd v. Wells Fargo Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Case No. 4:12-cv-00322 HFS ("Kidd").

In support of this Motion, plaintiffs state as follows:

1. All four cases (Ball, Hillebert, Bates and Kidd) assert claims that are predicated on the same fundamental factual allegations and legal principles.

2. All of the parties and the Courts will benefit from the elimination of duplicate briefing, repetitious discovery, recurring evidentiary and legal issues, and the reduced number of possible jury trials. Further, consolidation would curb the possibility of inconsistent rulings.

3. Consolidation of the four cases at issue will not result in any confusion, undue delay or unfair prejudice to any party.

4. Accordingly, given the benefits of judicial convenience likely to result from consolidation of these matters, consolidation under Fed. R. Civ. P. 42(a) is both proper and warranted.

5. The grounds in support of this Motion are more fully set out in the accompanying Suggestions in Support, and are incorporated herein by reference.

WHEREFORE, for the foregoing reasons, plaintiffs respectfully request that the Court grant this Motion to Consolidate, assign the

consolidated cases (Hillebert, Bates and Kidd) to the Ball Court, and for such other relief as deemed necessary under the circumstances.

Dated: March 14, 2012

RESPECTFULLY SUBMITTED,

GREGORY LEYH, P.C.

/s/ Gregory Leyh
Gregory Leyh, #42283
104 NE 72nd Street
Suite I
Gladstone, MO 64118
(816) 283-3380
(816) 283-0489 FACSIMILE
gleyh@leyhlaw.com

Kenneth B. McClain
Humphrey, Farrington,
& McClain, P.C.
221 W. Lexington, Suite 400
P.O. Box 900
Independence, Missouri 64051
(816) 836-5050
(816) 836-8966 (Facsimile)
kbm@hfmlegal.com

John M. Klamann
Klamann Law Firm
929 Walnut St., Suite 800
Kansas City, Missouri 64106
(816) 421-2626
(816) 421-8686 (Facsimile)
jklamann@klamannlaw.com

Susan Ford Robertson
The Robertson Law Group, LLC
1044 Main St., Suite 500
Kansas City, Missouri 64105
(816) 221-7010
(816) 221-7015 (Facsimile)
susanr@therobertsonlawgroup.com
ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of February, 2012, a copy of the foregoing Plaintiffs' Motion to Consolidate was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated in the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may also access this filing through the Court's electronic filing system.

    /s/ Gregory Leyh
    Attorney for Plaintiffs